1004

No. 02-9253. THOMAS *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-9256. DAVIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02-9257. DUCKETT *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 02-9258. CHILTON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02-9265. SAMUEL *v.* DELAWARE. Sup. Ct. Del. Certiorari denied. 

No. 02-9267. MILLER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 02-9320. AVERY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02-9334. GILBERT *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 02-9344. SMITH *v.* FEDERAL BUREAU OF PRISONS. C. A. 6th Cir. Certiorari denied. 

No. 02-9352. COLE *v.* ESPINOSA, JUDGE, 13TH JUDICIAL CIRCUIT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02-9353. SZWEDO *v.* HCA HEALTH SERVICES OF MIDWEST, INC., DBA COLUMBIA DOCTORS HOSPITAL, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 02-9358. ANTHONY *v.* CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02-9362. BARRAGAN *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 02-9363. STROUPE *v.* TANDY CORP. ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02-9364. BROWN *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.